Karen L. Jacobsen – (CSB-125684)
Brian P. Dolin – (CSB – 182971)
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.    (916) 971-4100
Fax    (916) 971-4150
kjacobsen@jacobsenmcelroy.com
bdolin@jacobsenmcelroy.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

Kevin L. Elder – (CSB – 148034)
Seth T. Madden – (CSB – 320577)
**Penney & Associates**
1490 Stone Point Dr., #200
Roseville, CA 95661
Tel: (916)784-3566
Fax: (916)784-1492
kelder@penneylawyer.com
smadden@penneylawyer.com

Attorneys for Plaintiff
ARTHUR GRAHAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRAHAM,<br><br>             Plaintiff,<br><br>     vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 through 30, inclusive,<br><br>             Defendants. | Case No.: 2:22-cv-00076-JAM-AC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41** |

///

///

-1-

IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear their own attorneys' fees and costs.  This stipulation is made as the matter has been resolved to the satisfaction of all parties.

DATED: April 10, 2023              **JACOBSEN & McELROY PC**

By:    /s/ Brian P. Dolin
Karen L. Jacobsen, Esq.    (CSB #125684))
Brian P. Dolin, Esq.            (CSB #182971)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:        kjacobsen@jacobsenmcelroy.com
               bdolin@jacobsenmcelroy.com
*Counsel for Defendant,* COSTCO WHOLESALE CORPORATION

DATED: April 10, 2023              **PENNEY & ASSOCIATES**

By:    /s/ Seth T. Madden
Kevin L. Elder, Esq.  (CSB #148034)
Seth T. Madden, Esq. (CSB #320577)
**Penney & Associates**
1490 Stone Point Dr., #200
Roseville, CA 95661
Tel: (916)784-3566
Fax: (916)784-1492
E-Mail:        kelder@penneylawyer.com
               smadden@penneylawyer.com
*Counsel for Plaintiff,* ARTHUR GRAHAM

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: April 21, 2023         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE